IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROGER FARLEY,

    Petitioner,

v.                                        Case No. 2:04-cv-486
                                           JUDGE MARBLEY
JEFFREY A. WOLFE,                Magistrate Judge ABEL

    Respondent.

## OPINION AND ORDER

On April 18, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.[1]

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED.**

                                                     s/Algenon L. Marbley
                                                     ALGENON L. MARBLEY
                                                     United States District Judge

---

[1] The clerk mailed a copy of the *Report and Recommendation* to petitioner at his last known address, but the mail was returned as "Not at this Address." *See* Docs. #18, 19. However, it is petitioner's duty to keep the Court advised as to his whereabouts.